172 A.3d 1084

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BRIAN
M. RICHARDSON, DEFENDANT-PETITIONER.

C–278 September Term 2017
079004

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003619–13
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1084

STATE OF NEW JERSEY IN THE INTEREST
OF I.T., A MINOR. (I.T.–PETITIONER)

C–992 September Term 2016
079112

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001491–15
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.